UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-735-F

| | | |
|---|---|---|
| CHARLIE C. SCEARCE, III, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHENEGA GLOBAL SERVICES, | ) | |
| Defendant. | ) | |
| | ) | |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **May 15, 2014**. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **May 15, 2014**. All pending motions are DENIED AS MOOT and the Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 2 day of April, 2014.

JAMES C. FOX
Senior United States District Judge